

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Pearson Education, Inc., John Wiley & Sons, Inc., Cengage Learning, Inc., and McGraw-Hill, et al.

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Nicholas Edelman d/b/a Bookworm Direct

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 10/29/13

13 Civ. 6291 (ER) ( )

**NOTICE OF APPEARANCE**

Please take notice that I, Nicholas Edelman, a defendant in this action, hereby appear *pro se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated: Phoenix, AZ
(town/city)   (state)

October 14, 2013

/s/ Nicholas Edelman
*Signature of Defendant*

5402 E. Windsor Ave. # 4
*Address*

Phoenix, AZ. 85008
*City, State & Zip Code*

623-792-0342
*Telephone Number*

_____
*Fax Number (if you have one)*

Rev. 05/2007

3

Edelman
5402 E. Windsor Ave. # 4
Phoenix, AZ. 85008-1751

**CERTIFIED MAIL™**

U.S. POSTAGE PAID
PHOENIX, AZ
85026
OCT 16, 13
AMOUNT
$3.56
00017342121

7012 3460 0001 1324 6541

UNITED STATES COURTHOUSE
40 FOLEY SQUARE
NEW YORK, NY. 10007

USM 40D
SDNY

10007150729

10007